UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INCAT CROWTHER AMERICA, L.L.C.                    CIVIL ACTION

VERSUS                                            NO: 24-01061

BIRDON AMERICA, INC.                              SECTION: T (1)


**<u>ORDER AND REASONS</u>**

Before the Court is a Motion to Strike Answer to Amended Complaint and Counterclaims (R. Doc. 56) filed by Plaintiff Incat Crowther America, Inc.. R. Doc. 67. Defendant Birdon America, Inc. has filed a response in opposition (R. Doc. 69), to which Plaintiff has filed a reply (R. Doc. 70).

Defendant's Answer to the Amended Complaint and its Counterclaims were filed on November 8, 2024. R. Doc. 56. Plaintiff contends Defendant's counterclaims should be stricken from the record because Defendant failed to abide by the Court's Scheduling Order of June 27, 2024 (R. Doc. 17), which set a deadline for counterclaims to be filed no later than July 26, 2024. Defendant counters that its answer, along with any compulsory counterclaims, was not due until 14 days after the Court ruled on its pending motion to dismiss the amended complaint, citing Fed. R. Civ. P. 12(a)(4), such that its answer and counterclaims were filed "early." Alternatively, Defendant argues that it should be permitted to amend its pleadings for good cause.

Having considered the parties' arguments and the applicable law, the Court finds

1

Defendant has established sufficient good cause for the filing of its counterclaims beyond the scheduling deadline. Furthermore, the Court can discern no measurable prejudice to Plaintiff in light of the first continuance granted to Plaintiff on November 18, 2024 (R. Doc. 60), the second continuance granted upon joint motion on March 12, 2025 (R. Doc. 73), the third continuance granted to Plaintiff on August 13, 2025 (R. Doc. 101), and the stay of discovery ordered by the Court on November 20, 2024, staying discovery and Rule 26 disclosures pending a ruling on Defendant's Motion to Dismiss the Amended Complaint (R. Doc. 62). The Court ruled on the Motion to Dismiss on March 19, 2025, granting in part and denying in part. R. Doc. 76. Trial is presently set for May 11, 2026. R. Doc. 104.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Strike (R. Doc. 67) is DENIED.

New Orleans, Louisiana, this 26th day of August 2025.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE